DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Kennedy v. Speedway Motorsports, Inc.<br><br>Case below:<br>178 N.C. App. 314 | No. 469P06 | 1. Plts' PWC to Review Decision of COA (COA05-1369, 05-1370, 05-1371, 05-1372)<br><br>2. Defs' (Charlotte Motor Speedway, Inc. And Charlotte Motor Speedway, LLC) Motion to Dismiss PWC | 1. Denied 10/05/06<br><br>2. Dismissed as Moot 10/05/06<br><br>**Martin, J., Recused** |
| Morgan v. Steiner<br><br>Case below:<br>173 N.C. App. 577 | No. 626P05 | 1. Plaintiff-Appellant's PDR (COA04-1187)<br><br>2. Def's Condtional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/05/06<br><br>2. Dismissed as Moot 10/05/06<br><br>**Timmons-Goodson, J., Recused** |
| Ocean Hill Joint Venture v. Currituck Cty.<br><br>Case below:<br>178 N.C. App. 182 | No. 382P06 | 1. Respondents' (Currituck County Board of Commissioners and Ocean Hill I Property Owners Association) NOA Based Upon a Constitutional Question (COA05-1405)<br><br>2. Petitioners' (Ocean Hill Joint Venture, et al.) Motion to Dismiss Appeal<br><br>3. Respondents' (Currituck County Board of Commissioners and Ocean Hill I Property Owners Association) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed 10/05/06<br><br>3. Allowed 10/05/06 |
| Patel v. Stanley Works Customer Support<br><br>Case below:<br>178 N.C. App. 182 | No. 445P06 | Defs' Motion for Temporary Stay (COA05-462) | Allowed 08/23/06 |
| Queen v. Penske Corp.<br><br>Case below:<br>174 N.C. App. 814 | No. 015P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-03) | Denied 10/05/06<br><br>**Timmons-Goodson, J., Recused** |
| Rhew v. Felton<br><br>Case below:<br>178 N.C. App. 475 | No. 453P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-402)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 10/05/06<br><br>3. Denied 10/05/06<br><br>4. Denied 10/05/06 |